# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                    CASE NO. 3:01CR9LAC

ROBERTO ORTEGA-RAMIREZ

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on July 27, 2005

Motion/Pleadings: MOTION TO MODIFY SENTENCE OF FINE DUE TO WRONGFUL DELEGATION OF POWERS

Filed by DEFENDANT PRO SE   on 7/15/05   Doc.# 153

RESPONSES:

GOVERNMENT   on 8/3/05   Doc.# 154

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                         /s/ Mary Maloy-Wells
                                    Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of August, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

                                        s/ L.A. Collier
                                    **LACEY A. COLLIER**
                                    **United States District Judge**

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.