## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO. 3:01CR9LAC

ROBERTO ORTEGA-RAMIREZ

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  MARCH 25, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FED.R.CRIM.PROC., RULE 35(b)(3)
Filed by DEFENDANT PRO SE  on 3/25/08  Doc.# 201

RESPONSES:
BY GOVERNMENT  on 6/3/08  Doc.# 202
_____ on _____ Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 6th day of June, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b) _____*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.